# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RANDALL ANDREW LOCKHART
ADC #108293                                                                                    PLAINTIFF

V.                                    5:06CV00186 SWW/JTR

JEFF KITTLER, Jailer,
Arkansas County Jail, et al.                                                              DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful review, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Pursuant to the screening function mandated by 28 U.S.C. § 1915A, Plaintiff's § 1983 Complaint (docket entry #1) is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted.

2. The dismissal of this action CONSTITUTES a "strike," as defined by 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 7th day of August, , 2006.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE