**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

RANDALL ANDREW LOCKHART
ADC #108293                                                                                                           PLAINTIFF

V.                                         5:06CV00186 SWW/JTR

JEFF KITTLER, Jailer,
Arkansas County Jail, et al.                                                                                  DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted, and Judgment is entered in favor of Defendants on all claims. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 7th day of August, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE